# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

GREGORY M. LAMB,

    Plaintiff,

v.

DR. THOMAS FERRELL; JAMES
DONALD, Former Commissioner;
DARRELL HART, Warden; SHIRLYN
THOMAS, Deputy Warden; ALAN
ADAMS, State Director of Inmate
Health Services; and BRIAN OWENS,
Commissioner,

    Defendants.

CIVIL ACTION NO.: CV509-011

## ORDER

Presently before the Court are Plaintiff's Objections[1] and Clarifications to the Magistrate Judge's Report and Recommendation. Plaintiff asserts he wishes to clarify that he is no longer incarcerated at Ware State Prison in Waycross, Georgia, and that he is incarcerated at Wheeler Correctional Facility in Alamo, Georgia. The Court notes Plaintiff's clarification and also notes Plaintiff informed the Court of his change of address by notice filed March 11, 2009. (Doc. No. 4). Plaintiff also wishes to clarify that he is suing all Defendants, other than Defendant Brain Owens, in both their individual and official capacities. Plaintiff asserts that he is suing Defendant Owens in his official capacity only for declaratory, injunctive, and equitable relief.

---

[1] Plaintiff entitled his pleading "Objections", but it is clear Plaintiff does not object to the Magistrate Judge's Report and Recommendation and only is seeking to clarify certain matters for the Court's benefit.

AO 72A
(Rev. 8/82)

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff claims for monetary damages against Defendants in their official capacities are **DISMISSED**. Plaintiff's claims against Defendants Ferrell, Donald, Hart, Thomas, and Adams in their individual capacities and Plaintiff's non-monetary damages claims against all Defendants in their official capacities remain pending.

**SO ORDERED**, this 19 day of June, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)

2